**Order filed February 19, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00604-CV
_____

**BRIDGESTONE LAKES COMMUNITY IMPROVEMENT ASSOCIATION, INC., Appellant**

**V.**

**BRIDGESTONE LAKES DEVELOPMENT COMPANY, INC. AND ROBERT A. HUDSON, CLAUDIA J. HUDSON AND TIFFANY A. ROATH, INDIVIDUALLY, Appellees**

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-53723**

## O R D E R

The clerk's record was filed November 6, 2014. Appellant has requested supplementation of the record. *See* Tex. R. App. P. 34.5(c). A supplemental record was filed February 2, 2015. According to appellant, the supplementation is not complete. Accordingly, we issue the following order:

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **March 6, 2015**, containing the following documents:

1. 54191651; Plaintiffs' Third Amended Petition filed 12/13/12;

2. 54191734; Plaintiff Bridgestone Lakes Community Improvement Association, Inc.'s Response to Defendants Motion for Summary Judgment filed 12/13/12;

3. 54191735; Affidavit of Linda Wilkinson filed 12/13/12;

4. 54191736; Certificate of Service filed 12/13/12;

5. 54398789; Plaintiff/ Counter Defendants' Original Answer filed 1/10/13;

6. 55232256; Plaintiff's Motion for Continuance filed 4/05/13;

7. 55232257; Exhibit A to above filed 4/05/13;

8. 55244608; Plaintiff's Response to Defendant's Motion for Summary Judgment Defendants' No Evidence Summary Judgment and Supplement motion for Summary Judgment with Exhibits A 1-5 and Exhibit B filed 4/05/13; and

9. 5526187; Reply to Bridgestone Lakes Community Associations' Response to Defendants' Motion for Summary Judgment filed 4/09/13.

If any omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM